IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Terry Edward McCall, | ) Civil Action No.: 2:12-1000-TLW-BHH |
| Plaintiff, | ) |
| | ) |
| vs. | ) **REPORT AND RECOMMENDATION** |
| | ) **OF MAGISTRATE JUDGE** |
| James Dorriety, *Director of GCDC*; | ) |
| Dr. Rae, *Practitioner*; Dr. Watson, | ) |
| *Orthopedic*; Dr. Swarks, *Dentist*; | ) |
| Nurse Ms. Johnson, *Nurse*; Ms. | ) |
| Woodall, *Nurse at GCDC*; Ms. | ) |
| Hughes, *Nurse at Greenville County* | ) |
| *Detention Center*; Ms. Hines, *Nurse at* | ) |
| *Greenville County Detention Center*; | ) |
| and Dr. John Tanksley, *Orthopedic*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

The plaintiff brought this action seeking relief pursuant to Title 42, United States Code, Section 1983. On August 3, 2012, the defendants filed a motion for summary judgment. (Dkt. No. 30.) By order of this court filed August 7, 2012, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), the plaintiff was advised of the summary judgment procedure and the possible consequences if he failed to respond adequately. Despite this explanation, the plaintiff did not respond to the motion.

As the plaintiff is proceeding *pro se*, the court filed a second order on September 14, 2012, giving the plaintiff through October 4, 2012, to file his response to the motion for summary judgment. The plaintiff was specifically advised that if he failed to respond, this action would be dismissed with prejudice for failure to prosecute. The plaintiff did not respond.

Based on the foregoing, it appears the plaintiff no longer wishes to pursue this action.[1] Accordingly, it is recommended that this action be dismissed *with prejudice* for lack

---

[1]An Order dated May 1, 2012 states, *inter alia*,
Plaintiff is a pro se litigant. Plaintiff's attention is directed to the following

of prosecution and for failure to comply with this Court's orders, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and the factors outlined in *Chandler Leasing Corp. v. Lopez*, 669 F.2d 919, 920 (4th Cir.1982).  *See Ballard v. Carlson*, 882 F.2d 93 (4th Cir. 1989).

s/Bruce Howe Hendricks
United States Magistrate Judge

October 11, 2012
Charleston, South Carolina

---

important notice:
You are ordered to always keep the Clerk of Court advised in writing (Post Office Box 835, Charleston, South Carolina 29402) if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. If as a result of your failure to comply with this order, you fail to meet a deadline set by this court, your case may be dismissed for violating this order. Therefore, if you have a change of address before this case is ended, you must comply with this order by immediately advising the Clerk of Court in writing of such change of address and providing the court with the docket number of all pending cases you have filed with this court. Your failure to do so will not be excused by the court.
(Dkt. No. 7.) It appears that Plaintiff has failed to keep the Clerk of Court advised of his address. (See Dkt. No. 29; Dkt. No. 33; Dkt. No. 36.)

**Notice of Right to File Objections to Report and Recommendation**

The parties are advised that they may file specific written objections to this Report and Recommendation with the District Judge. Objections must specifically identify the portions of the Report and Recommendation to which objections are made and the basis for such objections. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

Specific written objections must be filed within fourteen (14) days of the date of service of this Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *see* Fed. R. Civ. P. 6(a), (d). Filing by mail pursuant to Federal Rule of Civil Procedure 5 may be accomplished by mailing objections to:

Larry W. Propes, Clerk
United States District Court
Post Office Box 835
Charleston, South Carolina 29402

**Failure to timely file specific written objections to this Report and Recommendation will result in waiver of the right to appeal from a judgment of the District Court based upon such Recommendation.** 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).