IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Terry Edward McCall, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 2:12-cv-01000-TLW |
| ) | |
| James Dorriety, *Director of GCDC*; ) | |
| Dr. Rae, *Practitioner*; Dr. Watson, ) | |
| *Orthopedic*; Dr. Swarks, *Dentist*; ) | |
| Nurse Ms. Johnson, *Nurse*; Ms. Woodall, ) | |
| *Nurse at GCDC*; Ms. Hughes, *Nurse at* ) | |
| *Greenville County Detention Center*; and ) | |
| Dr. John Tanksley, *Orthopedic*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

Plaintiff, Terry Edward McCall ("plaintiff"), proceeding *pro se*, filed this civil action pursuant to 42 U.S.C. § 1983 on April 11, 2012. (Doc. #1). Plaintiff filed an Amended Complaint on May 1, 2012. (Doc. #12). This case was referred to United States Magistrate Judge Bruce Howe Hendricks pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed on October 11, 2012 by Magistrate Judge Hendricks, to whom this case had previously been assigned. (Doc. #38). In the Report, the Magistrate Judge recommends that this case be dismissed with prejudice for lack of prosecution and for failure to comply with the Court's Orders, pursuant to Fed. R. Civ. P. 41(b) and <u>Chandler Leasing Corp. v. Lopez</u>, 669 F.2d 919, 920

1

(4th Cir. 1982). (Doc. #38). The plaintiff did not file any objections to the Report.[1] Objections were due on October 29, 2012.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

In light of this standard, the Court has reviewed, de novo, the Magistrate Judge's Report and Recommendation. After careful review, this Court **ACCEPTS** the Report (Doc. #38). Therefore, for the reasons articulated by the Magistrate Judge, the above-captioned case is dismissed with prejudice.

**IT IS SO ORDERED**.

s/ Terry L. Wooten
Terry L. Wooten
United States District Judge

October 31, 2012
Florence, South Carolina

---

[1] A copy of the Report and Recommendation was mailed to the plaintiff. The mail was returned as undeliverable and the envelope was marked "Released from Custody."